UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 23-24364-CV-WILLIAMS

JAMIE COLLINS,

    Plaintiff,

v.

VIRGIN CRUISES INTERMEDIATE
LIMITED INC.,

    Defendant.
_____/

### ORDER

**THIS MATTER** is before the Court on Magistrate Judge Jonathan Goodman's Report and Recommendation (DE 32) ("***Report***") on Defendant's Motion to Dismiss Plaintiff's Amended Complaint (DE 22) ("***Motion***"). In the Report, Judge Goodman recommends that the Motion be denied. (DE 32 at 2.) No objections were filed to the Report, and the time to object has passed. Upon a careful review of the Report, the Motion, the record, and applicable law, it is **ORDERED AND ADJUDGED** that:

1. Judge Goodman's Report (DE 32) is **AFFIRMED AND ADOPTED**.
2. Defendant's Motion to Dismiss (DE 22) is **DENIED**.
3. Defendant shall file an answer to Plaintiff's Amended Complaint (DE 19) within fourteen (14) days from the date of this Order.

**DONE AND ORDERED** in Chambers in Miami, Florida, this <u>24th</u> day of June, 2024.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE